## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Andrew Warren

                         Plaintiff,

v.                                                    Case No.: 1:17–cv–08297
                                                      Honorable Edmond E. Chang

Thomas Dart, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 13, 2018:

        MINUTE entry before the Honorable Sidney I. Schenkier: The district judge having dismissed the case pursuant to settlement (doc. #[64]), the status hearing with the magistrate judge set for 12/19/18 is stricken and the referral is hereby terminated. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.